# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:16-cv-294-GCM

| | |
|---|---|
| GREGORY BADER, ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARK KURDYS and ) | |
| ROBERTS & STEVENS, P.A., ) | |
| Defendants/Counterclaim Plaintiffs. ) | |

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.**

Due to the pending Motions for Summary Judgment and Motion to Amend/Correct, the trial in this matter is being continued from the July 9, 2018 term in Asheville, NC. This trial will be RE-SET at a later date.

IT IS SO ORDERED.

Signed: June 8, 2018

Graham C. Mullen
United States District Judge