# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:16-CV-00294-GCM

| | |
|---|---|
| **GREGORY BADER,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **ROBERTS & STEVENS, P.A.**<br>**MARK KURDYS,** | )<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

**THIS CASE COMES** before this Court on Defendants' Roberts & Stevens, P.A. and Mark Kurdys (collectively, "Defendants") Motion for Summary Judgment on Defendants' breach of contract counterclaim. This Court held a hearing on the matter on October 31, 2018.

For the reasons stated in open court, Defendants' Motion for Summary Judgment as to Defendants' breach of contract counterclaim is **GRANTED**. The clerk is directed to enter a judgment for the Defendants against Plaintiff Gregory Bader in the amount of $58,360.39 accruing interest from September 1, 2015.

**SO ORDERED**.

Signed: October 31, 2018

Graham C. Mullen
United States District Judge

1