# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| GREGORY BADER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00294-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERTS & STEVENS, P.A. | ) | |
| MARK KURDYS, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2018 Order granting Defendants' Motion for Summary Judgment as to Defendants' breach of contract counterclaim against Plaintiff Gregory Bader in the amount of $58,360.39 accruing interest from September 1, 2015.

October 31, 2018

Frank G. Johns, Clerk
United States District Court